UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-24113 (JLK)

MELISSA WYLIE,

    Plaintiff,

v.

ISLAND HOTEL COMPANY
LIMITED, a Bahamian Company;
ATLANTIS HOLDINGS (BAHAMAS)
LIMITED, a Bahamian company;
BREF BAHAMAS LTD, a Bahamian
company; and BROOKFIELD HOSPITALITY
PROPERTIES, LLC, a Delaware corporation.

    Defendants.
_____/

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff, Melissa Wylie, gives Notice of Filing proof of service on Defendant, Atlantis Holdings (Bahamas) Limited. Proof of service is attached as Exhibit "1".

Dated: July 12, 2016

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted,

**THE LAW OFFICES OF
ROBERT L. PARKS, P.L.**

By:/s/ Gabriel A. Garay
**ROBERT L. PARKS**
Florida Bar No. 61436
bob@rlplegal.com
**GABRIEL A. GARAY**
Florida Bar No. 103303
gabe@rlplegal.com
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Tel.:  (305) 445-4430
Fax:   (305) 445-4431

*Counsel for the Plaintiff, Melissa Wylie*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2016 a copy of the foregoing document was filed with the Clerk, using cm/ecf, who will forward copies to all counsel of record on the attached Service List.

/s/ Gabriel A. Garay
Gabriel A. Garay
Florida Bar No. 103303

## SERVICE LIST

Jonathan S. Robbins, Esq.
Florida Bar No.: 989428
jonathan.robbins@akerman.com
nancy.alessi@akerman.com
kimberly.shinder@akerman.com
Tamara S. Malvin, Esq.
Florida Bar No. 0072758
Email: tamara.malvin@akerman.com
nancy.alessi@akerman.com
kimberly.shinder@akerman.com
AKERMAN LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Tel: (954) 463-2700
Fax: (954) 463-2224

*Counsel for Defendants*