# EXHIBIT 1

# KLA CHAMBERS

Samana Hill
No. 48 Village Road (North)
Nassau, N.P., The Bahamas

## DOCUMENT SERVICE FORM

TO:  Graham Thompson & Co.
     Sassoon House
     Bay Street & Victoria Avenue
     Nassau, The Bahamas

RE:  Melissa Wylie v Island Hotel Company Limited, a Bahamian company; Atlantis Holdings (Bahamas) Limited, a Bahamian company; BREF Bahamas Ltd. a Bahamian company; and Brookfield Hospitality Properties, LLC – Civil Action No. 15-24113

DOCUMENT SERVED: Summons and Amended Complaint on Defendant ATLANTIS HOLDINGS (BAHAMAS) LIMITED

MEANS OF IDENTIFICATION:

☐ Identified himself/herself by name  ☐ Photo I.D.  ☐ Driver's license #

☐ Tattoo/Birthmark _____  ☑ Registered Office  ☐ Other _____

DATE: 1st. July, 2016.

RECEIVED BY: SHANNEN CARTWRIGHT       _Cartwright_
             Print Name                 Signature

PROCESS SERVER: A.D.       TIME OF SERVICE: 10:44am